MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 04-20041 |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO November 19, 2012 |
| v. | ) ) |  |
| PAMELA JEAN RIPPEE, | ) ) |  |
| Defendant. | ) ) | Court: Hon. Edward J. Davila |
|  | ) ) |  |

The parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently set for November 5, 2012 be vacated, and that the hearing be re-set for November 19, 2012. Government counsel will be out of state, and both parties require additional time to prepare. No time exclusion order is necessary.

DATED: October 31, 2012        MELINDA HAAG
                                         United States Attorney

                                         ___/s/_____
                                         ANN MARIE E. URSINI
                                         Special Assistant United States Attorney

                                         ___/s/_____
                                         Thomas J. Ferrito
                                         Attorney for Defendant

1

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for November 5, 2012 at 1:30pm is vacated, and the matter is continued to November 15, 2012 at 1:30pm.

IT IS SO ORDERED.

DATED: November 2, 2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE