**United States District Court**
**Northern District of California**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Supervised Release) |
| PAMELA JEAN RIPPEE | (For Offenses Committed On or After November 1, 1987) |
| | |
| | USDC Case Number: CR-04-20041-001 EJD |
| | BOP Case Number: DCAN504CR020041-001 |
| | USM Number: 10073-111 |
| | Defendant's Attorney :Thomas Ferrito |

**THE DEFENDANT:**
[**x**]   admitted guilt to violation of condition(s) <u>FOUR, FIVE, SIX</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| FOUR | The offender violated special condition number one (1), in that she shall participate in a program of testing for drug/alcohol abuse | May 13, 2010 |
| FIVE | The offender violated special condition number three (3), in that she shall pay any restitution | March 15, 2010 |
| SIX | The offender violated conditions of supervised release which states that she shall not commit another federal, state, or local crime | July 17, 2010 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ X ]   The defendant has not violated conditions <u>ONE, TWO AND THREE</u> and is discharged as to such violations condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/17/2012
Date of Imposition of Judgment


Signature of Judicial Officer
Honorable Edward J. Davila, U. S. District Judge
Name & Title of Judicial Officer

12/19/2012
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT: PAMELA JEAN RIPPEE  Judgment - Page 2 of 2
CASE NUMBER:    CR-04-20041-001 EJD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 13 MONTHS as to each count, each count to run concurrently. No term of supervised release to follow.

[**x**]    The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be housed in a facility that offers drug and substance abuse counseling/treatment.

[**x**]    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]    The defendant shall surrender to the United States Marshal for this district.

   [ ]  at ___ [] am [] pm on ___.
   [ ]  as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ]  before 2:00 pm on ___.
   [ ]  as notified by the United States Marshal.
   [ ]  as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal